UNITED STATES OF AMERICA
                     DISTRICT OF MASSACHUSETTS

IN THE MATTER OF:                              )
                                               )
ONE BLUE AND BALCK COLORED AT&T                )    Dkt. No. 16-MJ-2006-MBB
CELLULAR TELEPHONE BEARING SERIAL              )
NUMBER 3284510815A5 ("TARGET                   )
TELEPHONE 2")                                  )

                            MOTION TO UNSEAL

      The United States of America respectfully moves this Court to unseal the search warrant application, supporting affidavit, order, this motion, any ruling on this motion, and all related paperwork.  In support of this motion, the government states that the search has been conducted and there is no further need to seal this matter.

                                                Respectfully submitted,

                                                CARMEN M. ORTIZ
                                                United States Attorney


                                                By:  */s/ Emily O. Cummings*
                                                Emily O. Cummings
                                                Assistant U.S. Attorney

                                                Date:  March 2, 2016